UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:06CV1404 CDP ) |
| RAY COIBION, et al., | ) ) |
| Defendants. | ) |

## ORDER

Plaintiffs have a pending motion for summary judgment. Defendant Ray Coibion had requested additional time from this court in which to file additional affidavits and responses to plaintiffs' motion. I granted Coibion this additional time, but he did not file any additional information. Plaintiffs have not yet filed a reply brief, and I will grant them until **June 29, 2007** to do so if they believe that such a brief is necessary. In ruling on plaintiffs' summary judgment motion, I will limit defendants to those facts that are supported by authenticated documents in the record.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs may file a reply brief to their

summary judgment motion by **June 29, 2007** if they deem such a brief to be necessary.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2007.